IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

August 26, 2021

| | |
|---|---|
| BLACK LEADERS ORGANIZING FOR COMMUNITIES, VOCES DE LA FRONTERA, the LEAGUE OF WOMEN VOTERS OF WISCONSIN, CINDY FALLONA, LAUREN STEPHENSON, and REBECCA ALWIN,<br><br>    Plaintiffs,<br>v.<br><br>ROBERT F. SPINDELL, JR., MARK L. THOMSEN, DEAN KNUDSON, ANN S. JACOBS, JULIE M. GLANCEY, and MARGE BOSTELMANN, in their official capacity as members of the Wisconsin Elections Commission, and MEAGAN WOLFE, in her official capacity as the Administrator of the Wisconsin Elections Commission,<br><br>    Defendants. | Case No. 21-cv-00534-jdp |

**ORDER**

The complaint in this case alleges that Wisconsin's current legislative districts are unconstitutionally malapportioned. Chief Judge James D. Peterson, to whom the case is assigned, notified me under 28 U.S.C. § 2284(b)(1) that § 2284(a) requires a three-judge district court.

*Hunter v. Bostelmann*, No. 21-cv-512-jdp, raises a similar challenge and is also assigned to Chief Judge Peterson. On August 17, 2021, I appointed Circuit Judge Amy J. St. Eve and District Judge Edmond E. Chang of the Northern District of Illinois as the additional members of the three-judge court in *Hunter*. These cases should be heard by the same panel.

Accordingly, I hereby designate Circuit Judge Amy J. St. Eve and District Judge Edmond E. Chang as the additional members of the three-judge court in this case.

                                                                                                 Diane S. Sykes, Chief Judge
                                                                                                 United States Court of Appeals
                                                                                                 for the Seventh Circuit